**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   NOTICE OF INTENT
                                      TO FILE AN INFORMATION
            -v.-                  :

STANLEY MARTINEZ,                 :   08 Cr.

            Defendant.            :

- - - - - - - - - - - - - - - -x

**08 CRIM 204**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: March 5, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                       By:  _____
                            Rebecca Rohr
                            Assistant United States Attorney
                            Tel: 212-637-2531
                            Fax: 212-637-2527

                            AGREED AND CONSENTED TO:

                       By:  _____
                            Benjamin Heinrich, Esq.
                            Attorney for Stanley Martinez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/6/08

3/6/08 WHEEL A