JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      INFORMATION

       -v.-                       :      08 CRIM 204

STANLEY MARTINEZ,                  :

       Defendant.                 :

- - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On or about February 3, 2008, in the Southern District of New York, STANLEY MARTINEZ, the defendant, unlawfully, wilfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 13, 2002, in New York Supreme Court, Bronx County, for Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31, a Class D felony, did possess in and affecting commerce, a firearm, to wit, a .38 caliber Taurus revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

                                        *Michael J. Garcia*
                                    MICHAEL J. GARCIA
                                    United States Attorney

SDNY
...MENT
...TRONICALLY FILED
DOC#:
DATE F... MAR 11 2...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STANLEY MARTINEZ,

Defendant.

INFORMATION

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

3/11/08 Fld Inf & Waiver of Ind. AUSA Rebecca Rohr pres. Deft Stanley Martinez pres w/ Atty Bar Hersh Deft pleads N/G to Inf. Conf w/ Judge Stein on 3/18/08, T/E until 3/18 — Deft cont detained.