```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,          :       08 Cr. 204 (SHS)

   -against-                                          :

                                                             ORDER ACCEPTING THE PLEA
STANLEY MARTINEZ,                  :       ALLOCUTION BEFORE A U.S.
                                                            MAGISTRATE JUDGE

               Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       On May 27, 2008, pursuant to Fed. R. Crim. 11, United States Magistrate Judge Michael H. Dolinger, after presiding over a plea allocution with the defendant's consent in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has reviewed the transcript of the allocution and has determined that the defendant entered the guilty plea knowingly and voluntarily and there is a factual basis for the plea. Accordingly,

       IT IS HEREBY ORDERED that the defendant's guilty plea is acceptable to the Court. The Clerk of Court is directed to enter the plea.

Dated: New York, New York
       June 23, 2008

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.